UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDY GERNHARDT and
TERRY GERNHARDT,

        Plaintiffs,

                          CASE NO. 03-CV-73917-DT
                          JUDGE PAUL D. BORMAN
                          MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

WINNEBAGO INDUSTRIES,

        Defendant.

_____/

**ORDER RESOLVING DEFENDANT'S**
**MOTION TO COMPEL AND TO EXTEND DISCOVERY DEADLINE (Doc. Ent. 22)**

      On March 7, 2005, defendant filed the above-described motion.  (Doc. Ent. 22).  On

March 22, 2005, plaintiff filed a response.  On April 4, 2005, defendant filed a reply.

      On May 12, 2005, the parties appeared for a hearing on defendant's motion.  The parties

represented that the motion is resolved as to the depositions of the plaintiffs and the

supplemental answers.  To the extent defendant's motion sought an extension of discovery, the

parties have reached the following agreement:  Defendant shall comply with the stipulated

protective order regarding inspection within thirty (30) days from today's date.  Plaintiffs shall

either provide their expert's report or shall advise opposing counsel that they are withdrawing

their expert within 45 days after defendant's compliance with the stipulated order.  The parties

shall produce their respective experts for deposition within sixty days after submission of

plaintiffs' expert's report.  The parties shall have sixty (60) days thereafter to file dispositive

motions.

In light of the foregoing, it is ORDERED that defendant's motion to compel and to extend discovery deadline is resolved.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of ten days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

s/Paul J. Komives
PAUL J. KOMIVES
UNITED STATES MAGISTRATE JUDGE

Dated: 5/12/05

The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on May 12, 2005.

s/Eddrey Butts
Case Manager